UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| FARHAN ADEN, | Civil No. 25-2639 (JRT/LIB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| STATE OF MINNESOTA, CORPORATE COURT, | |
| Respondent. | |

_____

Farhan Aden, Public Safety Facility, 401 Fourth Avenue South, Minneapolis, MN 55415, *pro se* Petitioner.

Thomas M. Ragatz, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1400, Minneapolis, MN 55101, for Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

**1.**     This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 17, 2025　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　United States District Judge